Joshua H. Watson, SBN 238058
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs, *DA, BA, JA, minors suing under pseudonym by and through Guardian ad Litem*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| DA, BA, JA, minors acting by and through Guardian ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>OROVILLE HOSPITAL, BI-COUNTY AMBULANCE, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00337-MCE-CMK<br><br>ORDER ON MOTION TO CONSOLIDATE CASES, ISSUE SCHEDULING ORDER, AND ADMONISH PARTIES REGARDING SECURITY<br><br>Date: April 5, 2018<br>Time: 2:00 pm<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor<br><br>First Filed Case In Which Motion is Noticed |
| ESTATE OF LESLIE CRAMBLIT, DA, BA, JA, minors acting by and through Guardia ad Litem BETTY CRAMBLIT,<br><br>Plaintiffs,<br><br>vs.<br><br>JONNYRAE MOUNTAIN WITT, KENNETH CHILL, COLLEEN CH ILL, GENA CHILL, WESLEY CHILL, MICHAEL CHILL, and DOES 1 through 25, inclusive,<br><br>Defendants. | Related Case No.: 2:17-cv-02478-KJM-DB |

The Court, having considered Plaintiffs' Motion to Consolidate Cases, Issue Scheduling Order, and Admonish Parties Regarding Security, and finding sufficient good cause to so-exercise its discretion, orders as follows:

The Court GRANTS in part and DENIES in part Plaintiffs' Motion to Consolidate Cases, Issue Scheduling Order, and Admonish Parties Regarding Security (ECF No. 17) in this matter. Specifically:

- *DA, et al v. Oroville Hospital*, Case No. 2:17-cv-00337-MCE-CMK and *DA, et al v. Witt, et al*, Case No. 2:17-cv-02478-KJM-DB are hereby consolidated;
- The Court DENIES without prejudice Plaintiffs' request for a scheduling conference to admonish the parties regarding security;
- The Court will separately issue a Scheduling Order applicable to the consolidated cases.

IT IS SO ORDERED.

Dated: April 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE